DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**QUAMAYNE J. JONES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-980

[August 23, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Dan L. Vaughn, Judge; L.T. Case No. 562014CF002551B.

Quamayne J. Jones, Gainesville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., FORST and KUNTZ, JJ. CONCUR.

* * *

***Not final until disposition of timely filed motion for rehearing.***